IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-362-JFH |
| DANIEL CHRISTOPHER EDWARDS, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is a motion to dismiss indictment [Dkt. No. 17] without prejudice filed by the United States of America ("Government"). Dkt. No. 132.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). On July 25, 2024, Defendant was found not guilty by reason of insanity after bench trial of six counts set forth in the Government's superseding indictment [Dkt. No. 22]. Dkt. No. 131. Given this background, the Government's motion to dismiss is not clearly contrary to manifest public interest and should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 132] is GRANTED and the indictment [Dkt. No. 17] is dismissed without prejudice against Defendant Daniel Chistopher Edwards.

Dated this 29 day of July 20224.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE